ANNA DENUE, Respondent, *v.* WHELAN DRUG STORES, INC., Appellant.

CHARLES DENUE, Respondent, *v.* WHELAN DRUG STORES, INC., Appellant.

(Argued December 5, 1934; decided December 31, 1934.)

*George F. Roesch 2d,* and *Earl S. Jones* for appellant. *David Fishman* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.